UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUNTAO AN,<br><br>                Petitioner,<br><br>     v.<br><br>CHRISTOPHER CHESTNUT, Warden,<br><br>                Respondent. | No.  1:26-cv-01307-JLT-SKO (HC)<br><br>**ORDER DIRECTING RESPONDENT TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER**<br><br>**[TEN (10) DAY DEADLINE]** |

Petitioner is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On February 17, 2026, the District Court issued an order directing Respondents to respond to the petition within thirty (30) days. Although more than thirty (30) days have passed, and Respondents have not filed a response.

Local Rule 11-110 provides: "Failure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, Respondents are HEREBY ORDERED to, within ten (10) days of service of this Order, SHOW CAUSE why appropriate sanctions should not be imposed for failing to comply with a court order.

1

IT IS SO ORDERED.

Dated:   **March 23, 2026**                              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE